UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD GUDGEL,<br><br>    Petitioner,<br><br>    v.<br><br>JEANNIE M. ANDERSON,<br><br>    Respondent. | NO.  CV-07-148-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is the Report and Recommendation to Deny Writ of Habeas Corpus (Ct. Rec. 26). The Report and Recommendation, filed on July 2, 2008, recommends Petitioner's Petition for a Writ of Habeas Corpus (Ct. Rec. 1, 5, 8) be denied. No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the Magistrate Judge's Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation to Deny Writ of Habeas Corpus (Ct. Rec. 26) is **ADOPTED in its entirety**.

2. The Respondent's Motion to Dismiss (Ct. Rec. 17) is **GRANTED**.

3. Petitioner's Petition for a Writ of Habeas Corpus (Ct. Rec. 1, 5, 8) is **DENIED**.

///

///

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel, Petitioner, and the Federal Defenders, and close
3  the file.
4  **DATED** this 25th day of July, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

11  Q:\CIVIL\2007\Corrigan\gudgel.rr.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**